UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ROOSEVELT GARRETT et al.

No. 25 CR 587

Judge Sharon Johnson Coleman

**MOTION FOR ENTRY OF AGREED
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves for the entry of an agreed protective order, and in support thereof states as follows:

1.     The indictment in this case charges defendants Roosevelt Garrett, Torience Garrett, and Franklin Simmons with, among other things, a mail and wire fraud scheme in violation of Title 18, United States Code, Sections 1341 and 1343, which scheme affected dozens of individual victims whose identities were stolen in furtherance of the scheme. The discovery to be provided by the government in this case includes sensitive information, including the identities of the victims, and the unrestricted dissemination of that information could adversely affect law enforcement interests and the privacy interests of both the victims and third parties.

2.     The government has discussed the proposed protective order with counsel for all defendants, who agree to the entry of the proposed order.

WHEREFORE, the government respectfully requests that this Court to enter the proposed protective order.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   /s/ *Michael Maione*
MICHAEL MAIONE
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-4258

Dated: October 1, 2025